# United States Bankruptcy Court
## Middle District of Florida

In re **Deadwords Brewing Company LLC**  
Debtor(s)

Case No. **6:23-bk-04117**  
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| Alexander Sarames | Class B | 46,956.00 | Nonvoting Membership |
| Charles Rine | Class B | 5,000.00 | Nonvoting Membership |
| Dr. John Hill | Class B | 19,500.00 | Nonvoting Membership |
| Jennifer Hill | Class B | 13,000.00 | Nonvoting Membership |
| Jeremy Pridgeon | Class B | 5,000.00 | Nonvoting Membership |
| Joan P. Gray | Class B | 5,000.00 | Nonvoting Membership |
| John Rine | Class B | 12,500.00 | Nonvoting Membership |
| Justin Pimenta | Class B | 5,000.00 | Nonvoting Membership |
| Kevin Hertzler | Class B | 25,000.00 | Nonvoting Membership |
| Luke Pridgeon | Class B | 49,500.00 | Nonvoting Membership |
| Nick Darenneau | Class B | 5,000.00 | Nonvoting Membership |
| Reid Wilburn | Class B | 12,500.00 | Nonvoting Membership |
| S&S Events | Class B | 62,500.00 | Nonvoting Membership |
| Siduri Corporation<br>14140 Corrigan Ave.<br>Orlando, FL 32827 | Class A | 1,073,625.00 | Voting Membership |

Sheet 1 of 2 in List of Equity Security Holders

In re: **Deadwords Brewing Company LLC**     Case No. 6:23-bk-04117

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Siduri Corporation | Class B | 62,500.00 | Nonvoting Membership |
| Steven Blum | Class B | 37,500.00 | Nonvoting Membership |
| William Gray | Class B | 25,000.00 | Nonvoting Membership |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date 11/01/2023   Signature *James D. Satterfield*

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

List of equity security holders consists of 2 total page(s)