**Fill in this information to identify the case:**

Debtor Name **Deadwords Brewing Company, LLC**

United States Bankruptcy Court for the: _____ District of _____

Case number: **6:23-bk-04117-GER**

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month:    **December 2023**

Date report filed: _____
MM / DD / YYYY

Line of business: _____

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:    David Satterfield

Original signature of responsible party

Printed name of responsible party    David Satterfield

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer _No_ to any of the questions in lines 1-9, attach an explanation and label it _Exhibit A_.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☑ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☑ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☑ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer _Yes_ to any of the questions in lines 10-18, attach an explanation and label it _Exhibit B_.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name **Deadwords Brewing Company, LLC**          Case number **6:23-bk-04117-GER**

17. Have you paid any bills you owed before you filed bankruptcy?          ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?          ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.          $ __$3965.77__

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.          $ __63186.67__

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.          − $ __64,375.17__

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.          + $ __-1188.50__
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.          = $ __2777.27__

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**          $ __50,159.74__

    *(Exhibit E)*

Debtor Name **Deadwords Brewing Company, LLC**          Case number **6:23-bk-04117-GER**

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                    $ _____ NA
    *(Exhibit F)*

### 5. Employees

26. What was the number of employees when the case was filed?                    22
27. What is the number of employees as of the date of this monthly report?        24

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                    $ _____
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?      $ _____
30. How much have you paid this month in other professional fees?                                              $ _____
31. How much have you paid in total other professional fees since filing the case?                             $ _____

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>**Projected** | — | Column B<br>**Actual** | = | Column C<br>**Difference** |
|---|---|---|---|---|---|
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 90,000 | — | $ 82,768.28 | = | $ 7,231.72 |
| 33. **Cash disbursements** | $ 82,000 | — | $ 64,375.17 | = | $ 17,624.83 |
| 34. **Net cash flow** | $ 8,000 | — | $ 18,393.11 | = | $ 10,393.11 |

35. Total projected cash receipts for the next month:                                    $ 90,000
36. Total projected cash disbursements for the next month:                            - $ 80,000
37. Total projected net cash flow for the next month:                                 = $ 10,000

Debtor Name Deadwords Brewing Company, LLC                Case number 6:23-bk-04117-GER

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

Print       Save As...                    Reset

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
### FOR THE PERIOD BEGINNING 12/01/2023 AND ENDING 12/31/2023

Name of Debtor Deadwords Brewing Company, LLC  Case Number 6:23-bk-04117-GER

Date of Petition: 10/02/2023

| | | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | $ | 3,965.77 (a) | (b) |
| 2. RECEIPTS: | | | |
| A. Cash Sales | | | |
| Minus: Cash Refunds | | (-) | |
| Net Cash Sales | | | |
| B. Accounts Receivable | | | |
| C. Other Receipts (See MOR-3) | | $63,186.67 | |
| (If you receive rental income, you must attach a rent roll.) | | | |
| 3. TOTAL RECEIPTS (Lines 2A+2B+2C) | | $63,186.67 | |
| 4. TOTAL FUNDS AVAILABLE FOR OPERATIONS (Line 1 + Line 3) | | $67,152.44 | |
| 5. DISBURSEMENTS | | $3028.55 | |
| A. Advertising | | | |
| B. Bank Charges | | | |
| C. Contract Labor | | | |
| D. Fixed Asset Payments (not incl. in "N") | | | |
| E. Insurance | | $2,058.35 | |
| F. Inventory Payments (See Attach. 2) | | | |
| G. Leases | | | |
| H. Manufacturing Supplies | | $9,360.15 | |
| I. Office Supplies | | $694.06 | |
| J. Payroll - Net (See Attachment 4B) | | $35,047.74 | |
| K. Professional Fees (Accounting & Legal) | | | |
| L. Rent | | | |
| M. Repairs & Maintenance | | | |
| N. Secured Creditor Payments (See Attach. 2) | | | |
| O. Taxes Paid - Payroll (See Attachment 4C) | | $9,718.32 | |
| P. Taxes Paid - Sales & Use (See Attachment 4C) | | | |
| Q. Taxes Paid - Other (See Attachment 4C) | | | |
| R. Telephone | | | |
| S. Travel & Entertainment | | | |
| Y. U.S. Trustee Quarterly Fees | | | |
| U. Utilities | | $4,400.00 | |
| V. Vehicle Expenses | | | |
| W. Other Operating Expenses (See MOR-3) | | $68.00 | |
| 6. TOTAL DISBURSEMENTS (Sum of 5A thru W) | | $64,375.17 | |
| 7. ENDING BALANCE (Line 4 Minus Line 6) | | $2,777.27 (c) | (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This 22nd day of JAN , 20 24 .

_____
(Signature)

(a)This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b)This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.

(c)These two amounts will always be the same if form is completed correctly.

**MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS** (cont'd)

**Detail of Other Receipts and Other Disbursements**

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| TOTAL OTHER RECEIPTS | _____ | _____ |

**"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:**

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Analysis Charge | $32.00 | _____ |
| Overdraft Fee | $36.00 | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| TOTAL OTHER DISBURSEMENTS | $68.00 | _____ |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

MOR-2

 **REGIONS**

**Regions Bank**
Narcoossee
14010 Narcoossee Road
Orlando, FL 32832

DEADWORDS BREWING COMPANY LLC
14140 CORRIGAN AVE
ORLANDO FL 32827-7486

| | |
|---|---|
| **ACCOUNT #** | **8726** |
| | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1 of 4 |

### LIFEGREEN BUSINESS CHECKING
December 1, 2023 through December 29, 2023

### SUMMARY

| | | | | |
|---|---|---|---|---|
| Beginning Balance | $3,965.77 | | Minimum Balance | $158 – |
| Deposits & Credits | $63,186.67 + | | Average Balance | $4,303 |
| Withdrawals | $64,307.17 – | | | |
| Fees | $68.00 – | | | |
| Automatic Transfers | $0.00 + | | | |
| Checks | $0.00 – | | | |
| **Ending Balance** | **$2,777.27** | | | |

### DEPOSITS & CREDITS

| | | | |
|---|---|---|---|
| 12/01 | Toast | Dep Nov 30 Deadwords Brew 0008418500ep36j | 4,092.72 |
| 12/04 | Toast | Dep Dec 03 Deadwords Brew 0008418500et7v8 | 838.48 |
| 12/04 | Toast | Dep Dec 01 Deadwords Brew 0008418500eq62b | 1,929.82 |
| 12/04 | Toast | Dep Dec 02 Deadwords Brew 0008418500erj6d | 3,253.63 |
| 12/05 | Toast | Dep Dec 04 Deadwords Brew 0008418500ety0v | 2,278.46 |
| 12/06 | Toast | Dep Dec 05 Deadwords Brew 0008418500evj5s | 1,802.35 |
| 12/07 | Toast | Dep Dec 06 Deadwords Brew 0008418500ewo0r | 836.21 |
| 12/08 | Toast | Dep Dec 07 Deadwords Brew 0008418500ex3c4 | 1,373.85 |
| 12/11 | Toast, Inc. | 20231130-1 Deadwords Brew 617-682-0225 | 8.60 |
| 12/11 | Toast | Dep Dec 08 Deadwords Brew 0008418500eyecp | 49.95 |
| 12/11 | Toast | Dep Dec 09 Deadwords Brew 0008418500f0zvf | 3,634.05 |
| 12/11 | Toast | Dep Dec 10 Deadwords Brew 0008418500f1ato | 8,068.42 |
| 12/12 | Toast | Dep Dec 11 Deadwords Brew 0008418500f3gdf | 1,937.61 |
| 12/13 | Toast | Dep Dec 12 Deadwords Brew 0008418500f3smg | 1,326.45 |
| 12/14 | Toast | Dep Dec 13 Deadwords Brew 0008418500f4ykj | 939.47 |
| 12/15 | Toast | Dep Dec 14 Deadwords Brew 0008418500f75ce | 2,154.14 |
| 12/18 | Toast | Dep Dec 15 Deadwords Brew 0008418500f7w7b | 2,419.76 |
| 12/18 | Toast | Dep Dec 17 Deadwords Brew 0008418500fb0xe | 2,666.64 |
| 12/18 | Toast | Dep Dec 16 Deadwords Brew 0008418500f99uh | 3,418.59 |
| 12/19 | Toast | Dep Dec 18 Deadwords Brew 0008418500fbphs | 2,919.71 |
| 12/20 | Toast | Dep Dec 19 Deadwords Brew 0008418500fd7tx | 429.10 |
| 12/21 | Toast | Dep Dec 20 Deadwords Brew 0008418500fdvh1 | 1,708.52 |
| 12/22 | Toast | Dep Dec 21 Deadwords Brew 0008418500ff43h | 2,958.21 |
| 12/26 | Toast | Dep Dec 25 Deadwords Brew 0008418500fk5z3 | 610.30 |
| 12/26 | Toast | Dep Dec 24 Deadwords Brew 0008418500fj0nf | 1,731.59 |
| 12/26 | Toast | Dep Dec 22 Deadwords Brew 0008418500fgpbb | 2,009.30 |

 **Thank You For Banking With Regions!**
2023 Regions Bank Member FDIC. All loans subject to credit approval.



**Regions Bank**
Narcoossee
14010 Narcoossee Road
Orlando, FL 32832

DEADWORDS BREWING COMPANY LLC
14140 CORRIGAN AVE
ORLANDO FL 32827-7486

**ACCOUNT #**              8726

| | |
|---|---|
| | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 2 of 4 |

## DEPOSITS & CREDITS (CONTINUED)

| | | | |
|---|---|---|---|
| 12/26 | Toast | Dep Dec 23 Deadwords Brew 0008418500fi1lc | 3,307.25 |
| 12/28 | US Foodservice  Vendor Pay 0014usfoods-11 122811441441000 | | 49.85 |
| 12/28 | Toast | Dep Dec 27 Deadwords Brew 0008418500fm1z1 | 1,800.07 |
| 12/29 | Toast | Dep Dec 28 Deadwords Brew 0008418500fnhnb | 2,633.57 |
| | | Total Deposits & Credits | $63,186.67 |

## WITHDRAWALS

| | | |
|---|---|---|
| 12/01 | Cavalier Spirits Fintecheft Deadwords Brew 83-4428961 | 256.88 |
| 12/01 | US Foodservice  Vendor Pay 0014usfoods-11 120111441441000 | 800.65 |
| 12/04 | Card Purchase Amazon.Com*0j6d  5942 Amzn.Com/Bill WA 98109   7979 | 33.66 |
| 12/05 | Recurring Card Transaction Adobe  *Product  5734 408-536-6000 CA 95110   7979 | 64.99 |
| 12/05 | Deadwords Brewin Toast Payr Deadwords Brew 1161630473 | 37.35 |
| 12/05 | US Foodservice  Vendor Pay 0012usfoods-11 120511441441000 | 999.84 |
| 12/05 | Deadwords Brewin Toast Payr Deadwords Brew 1161630473 | 9,126.97 |
| 12/06 | Mainstreet Ameri Billpay Deadwords Brew Mainstreet Amer | 175.00 |
| 12/07 | Recurring Card Transaction Untappd, Inc.   5734 Business.Unta NC 28208   7979 | 952.20 |
| 12/07 | Recurring Card Transaction Untappd, Inc.   5734 Business.Unta NC 28208   7979 | 476.10 |
| 12/07 | Strategy Executi Tax Col Deadwords Brew | 2,501.66 |
| 12/08 | Paramount Bevera Fintecheft Deadwords Brew 83-4428961 | 396.00 |
| 12/08 | US Foodservice  Vendor Pay 0012usfoods-11 120811441441000 | 961.30 |
| 12/11 | Recurring Card Transaction Untappd, Inc.   5734 Business.Unta NC 28208   7979 | 476.10 |
| 12/11 | Fintech.Net    Fintecheft Deadwords Brew 83-4428961 | 27.00 |
| 12/11 | Venmo       Payment David Satterfi 1031184547467 | 226.26 |
| 12/12 | Deadwords Brewin Toast Payr Deadwords Brew 1161630473 | 109.17 |
| 12/12 | Phila Ins CO    Ins IN 83953513    83953513 | 2,058.35 |
| 12/12 | Deadwords Brewin Toast Payr Deadwords Brew 1161630473 | 9,302.01 |
| 12/13 | Recurring Card Transaction Msft * E0600q5i  5045 Msbill.Info  WA 98052   7979 | 65.00 |
| 12/13 | Recurring Card Transaction Msft * E0600q5i  5045 Msbill.Info  WA 98052   7979 | 200.00 |
| 12/14 | Recurring Card Transaction Untappd, Inc.   5734 Business.Unta NC 28208   7979 | 794.61 |
| 12/14 | Strategy Executi Tax Col Deadwords Brew | 2,631.18 |
| 12/15 | Paramount Bevera Fintecheft Deadwords Brew 83-4428961 | 474.00 |
| 12/15 | US Foodservice  Vendor Pay 0012usfoods-11 121511441441000 | 1,034.36 |
| 12/15 | Orlando Util Com Payments Deadwords Brew 8177407207 | 4,400.00 |
| 12/18 | Card Purchase Heartshomebrew.  5999 407-298-4103  FL 32810   7979 | 109.99 |
| 12/18 | Card Purchase Amzn Mktp Us*h7  5942 Amzn.Com/Bill WA 98109   7979 | 8.51 |
| 12/18 | Card Purchase Amzn Mktp Us*d3  5942 Amzn.Com/Bill WA 98109   7979 | 60.76 |
| 12/18 | Cavalier Spirits Fintecheft Deadwords Brew 83-4428961 | 316.10 |
| 12/19 | Card Purchase Amzn Mktp Us*he  5942 Amzn.Com/Bill WA 98109   7979 | 114.97 |
| 12/19 | Deadwords Brewin Toast Payr Deadwords Brew 1161630473 | 233.60 |
| 12/19 | US Foodservice  Vendor Pay 0012usfoods-11 121911441441000 | 888.92 |
| 12/19 | Deadwords Brewin Toast Payr Deadwords Brew 1161630473 | 8,636.85 |
| 12/21 | Strategy Executi Tax Col Deadwords Brew | 2,487.59 |
| 12/22 | Card Purchase Www.Amazon* 114  5331 Www.Amazon.CO WA 98109   7979 | 42.59 |
| 12/22 | US Foodservice  Vendor Pay 0012usfoods-11 122211441441000 | 716.24 |
| 12/26 | Card Purchase Facebk Y23hzufk 7311 650-5434800  CA 94025   7979 | 54.54 |
| 12/26 | US Foodservice  Vendor Pay 0012usfoods-11 122511441441000 | 105.38 |
| 12/26 | US Foodservice  Vendor Pay 0012usfoods-11 122611441441000 | 1,213.52 |
| 12/27 | Deadwords Brewin Toast Payr Deadwords Brew 1161630473 | 85.65 |
| 12/27 | Deadwords Brewin Toast Payr Deadwords Brew 1161630473 | 7,516.14 |
| 12/28 | Card Purchase Amzn Mktp Us*7i  5942 Amzn.Com/Bill WA 98109   7979 | 82.30 |
| 12/28 | Mainstreet Ameri Billpay Deadwords Brew Mainstreet Amer | 100.00 |
| 12/28 | Strategy Executi Tax Col Deadwords Brew | 2,097.89 |

# REGIONS

**Regions Bank**
Narcoossee
14010 Narcoossee Road
Orlando, FL 32832

DEADWORDS BREWING COMPANY LLC
14140 CORRIGAN AVE
ORLANDO FL 32827-7486

| | |
|---|---|
| **ACCOUNT #** | **8726** |
| | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 3 of 4 |

## WITHDRAWALS (CONTINUED)

| Date | Description | | Amount |
|---|---|---|---|
| 12/29 | Card Purchase Amzn Mktp Us*dd  5942 Seattle     WA 98109   7979 | | 21.28 |
| 12/29 | US Foodservice   Vendor Pay 0012usfoods-11 122911441441000 | | 833.71 |
| | | Total Withdrawals | $64,307.17 |

## FEES

| Date | Description | | Amount |
|---|---|---|---|
| 12/11 | Analysis Charge        11-23 | | 32.00 |
| 12/15 | Paid Overdraft Item Fee | | 36.00 |
| | | Total Fees | $68.00 |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 12/01 | 7,000.96 | 12/12 | 5,056.43 | 12/21 | 546.37 |
| 12/04 | 12,989.23 | 12/13 | 6,117.88 | 12/22 | 2,745.75 |
| 12/05 | 5,038.54 | 12/14 | 3,631.56 | 12/26 | 9,030.75 |
| 12/06 | 6,665.89 | 12/15 | 158.66 - | 12/27 | 1,428.96 |
| 12/07 | 3,572.14 | 12/18 | 7,850.97 | 12/28 | 998.69 |
| 12/08 | 3,588.69 | 12/19 | 896.34 | 12/29 | 2,777.27 |
| 12/11 | 14,588.35 | 12/20 | 1,325.44 | | |

**PRICING FOR CERTAIN TREASURY MANAGEMENT SERVICES AND ANALYZED DEPOSITORY PRODUCTS IS CHANGING EFFECTIVE JANUARY 1, 2024. CHANGES WILL BE REFLECTED BEGINNING WITH THE JANUARY ANALYSIS STATEMENT YOU WILL RECEIVE IN FEBRUARY. TO VIEW ALL CHANGES, VISIT REGIONS.COM/SPECIALMESSAGE. PLEASE CONTACT YOUR TREASURY MGMT. OFFICER WITH QUESTIONS SPECIFIC TO YOUR ACCOUNT.**

## Easy Steps to Balance Your Account

4a  List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks.  A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama  35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is  an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error.

If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

You can make a deposit at the branch during business hours or at a Regions Deposit-Smart ATM, and you can also make a transfer or deposit through Regions Online Banking or Mobile Banking. To make a deposit to an overdrawn account 24 hours a day, please visit https://selfservice.regions.com.