**ORDERED.**

**Dated: February 28, 2024**

Grace E. Robson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re ) | |
| ) | |
| Deadwords Brewing Company LLC, ) | Case No. 6:23-bk-04117-GER |
| ) | Chapter 11 |
| Debtor. ) | Subchapter V |
| ) | |

**ORDER (1) CONTINUING CONFIRMATION
AND (2) SETTING DEADLINE TO FILE NEW OR AMENDED PLAN**

THIS CASE came before the Court on February 28, 2024 at 10:00 a.m. (the "Hearing") for confirmation of the *Subchapter V Plan of Reorganization for Deadwords Brewing Company, LLC* (the "Plan") (Doc. No. 64) filed by Debtor Deadwords Brewing Company LLC ("Debtor"). Having considered the positions of the parties at the Hearing, together with the record including the Objections to the Plan,[1] it is

**ORDERED:**

1. The hearing to consider confirmation of the Plan is rescheduled to **April 11, 2024 at 10:30 a.m.** at the George C. Young Federal Courthouse, 400 West Washington Street, Sixth Floor, Courtroom D, Orlando, Florida 32801.

2. Debtor shall have until **March 1, 2024** to file a new or amended plan.

3. If Debtor timely files a new or amended plan, the Court, by separate order, will schedule a confirmation hearing for the date and time set forth in paragraph 1.

# # #

Attorney Daniel A. Velasquez is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file a proof of service within 3 days of entry of the Order.

---

[1] *United States Trustee's Objection to Confirmation of Plan of Reorganization* (Doc. No. 85); *Fayge S. Cohen's Objection to Confirmation of the Debtor's Plan of Reorganization* (Doc. No. 86).