**ORDERED.**

**Dated: March 05, 2024**

_____
Grace E. Robson
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:

**Deadwords Brewing Company, LLC,**          CASE NO.: 6:23-bk-04117-GER
                                             CHAPTER 11

          **Debtor.**                           /

**ORDER APPROVING APPLICATION FOR INTERIM**
**COMPENSATION OF ROBERT ALTMAN, SUBCHAPTER V TRUSTEE,**
**FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES**
**FOR THE PERIOD FROM OCTOBER 4, 2023 THROUGH FEBRUARY 6, 2024**

THIS CASE is before the Court on the Application for Interim Compensation of Robert Altman, Subchapter V Trustee, for Services Rendered and Reimbursement of Expenses for the Period from October 4, 2023 through February 6, 2024 [Doc. No. 75]. The application was served upon all interested parties with the Local Rule 2002-4 negative notice legend informing the parties of the opportunity to object within 21 days of the date of service [Doc. No. 76]. No party filed an objection within the permitted time and the Court considers the matter to be unopposed. It is:

      **ORDERED:**

      1.    The Application for Interim Compensation of Robert Altman, Subchapter V Trustee, for Services Rendered and Reimbursement of Expenses for the Period from October 4,

1

2023 through February 6, 2024 for Fees in the total amount of one thousand seven hundred thirty two and 50/100 Dollars ($1,732.50) and expenses in the amount of fourteen and 36/100 Dollars ($14.36) is approved.

      2. The Subchapter V Trustee has received $2,000.00 from the Debtor pursuant to the Court's Order Prescribing Procedures in chapter 11 Subchapter V Case et al dated October 4, 2023 [Doc No. 15] and the approved fees and expenses shall be paid from those funds.

**SubChapter V Trustee Robert Altman is directed to serve a copy of this order on interested parties who are non CM/ECF users and file a proof of service within 3 days of the entry of the order.**

Copies furnished to:
Debtor
Office of the United States Trustee
Daniel A. Velasquez, Esquire, Attorney for Debtor
All creditors and parties in interest receiving service through the Court's CM/ECF pacer service