UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

DEADWORDS BREWING　　　　　　　　　　　　CASE NO.: 23-04117-GER
COMPANY LLC　　　　　　　　　　　　　　　　CHAPTER 11

　　　　　Debtor.
_____/

FLORIDA DEPARTMENT OF REVENUE'S
MOTION FOR TURNOVER OF STATE FUNDS

　　　　Comes Now, State of Florida Department of Revenue, (hereinafter Florida), by and through its undersigned attorneys, files this Motion for Turnover of State Funds, and in support thereof states as follows:

　　　　1.　　This matter is presently set for Confirmation of the Debtor's Subchapter V Plan of Reorganization on May 15, 2024, before this Court.

　　　　2.　　During the pendency of this Chapter 11 case, in violation of State and Federal Law as well as an order of this court, (*see* 28 U.S.C. s. 960; s. 212.15, Fla. Stat., *Begier v IRS*, 496 U.S. 53 (1990), and Para. 10, of this Court's Order found at ECF Doc. No. 15), Debtor has collected and failed to turn over to the State of Florida sales tax revenue in the amount of $ 27,980.23.

　　　　3.　　Pursuant to Florida Statutes, all sales tax collected is the property of the state of Florida from the moment of collection. See Fla. Stat. s. 212.15 and 213.756.

　　　　4.　　Debtor's tax returns filed with the state of Florida indicate that the debtor has retained the following tax funds belonging to the state of Florida:

| | |
|---|---|
| October 2023 | $ 4,557.90 |
| November 2023 | $ 3,653.90 |
| December 2023 | $ 4,217.98 |
| January 2024 | $ 4,830.79 |
| February 2024 | $ 4,784.21 |
| March 2024 | $ 5,935.45 |

Total            $ 27,980.23

5. Turnover of the state funds held by debtor is warranted.

WHEREFORE, Florida moves this Honorable Court for an order requiring the Turnover of funds belonging to the State of Florida in the amount of $27,980.23, and for such other and further relief as this court deems just and proper.

Respectfully Submitted,

Dated: May 9, 2024

_/s/ Kristian S. Oldham_
Kristian S. Oldham, Esq.
Assistant General Counsel
Frederick F. Rudzik, Esq.
Chief Assistant General Counsel
Florida Department of Revenue
P.O.Box 6668
Tallahassee, FL 32314-6668
Telephone No.:(850)617-8347
Facsimile No.: ((850)488-7112
Rudzik Fl. Bar No.: 0749052
Oldham Fl. Bar No.: 105448

**CERTIFICATE OF SERVICE**

I hereby certify that Daniel A. Velazquez, counsel for the debtor, and all interested parties have been provided with the foregoing through electronic means through the CM/ECF system this 9th day of May, 2024.

_/s/ Kristian S. Oldham_
Kristian S. Oldham, Esq.
Assistant General Counsel
Florida Department of Revenue